### 27722. POOLE v. THE STATE.

</div>

GUERRY, J. The evidence, while circumstantial, was sufficient to support the verdict of guilty. No error of law is complained of. The court did not err in overruling the motion for new trial.

<div align="center">

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 13, 1939.

</div>

606

*Henry L. Barnett,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.